# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 27, 2006

127533(55)

NEWMAN EQUITIES,
        Plaintiff-Appellant,

v

CHARTER TOWNSHIP OF MERIDIAN,
        Defendant-Appellee.

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 127533
COA: 248722
Ingham CC: 00-91212-CZ

_____/

       On order of the Court, the motion for reconsideration of this Court's order of November 2, 2005 is considered, and it is DENIED, because it does not appear that the order was entered erroneously.

       KELLY, J., would grant reconsideration and, on reconsideration, would grant leave to appeal.



       I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 27, 2006

d0221

                Clerk